MARY CARTER *v.* JOHN H. MASON, Guardian.

**Amended Petition — Notice of Filing.**

A party defendant, presumed to be in court, has constructive notice of an amended petition.

APPEAL FROM MONTGOMERY CIRCUIT COURT.

October 3, 1866.

OPINION OF THE COURT BY JUDGE ROBERTSON:

We perceive no error to the infant's prejudice, and both he and his guardian seem content.

In resting, as the appellant did, on the sale of the infant's undivided fourth in the town house and lot, *she* has no right to complain that the Circuit Court so decreed.

Nor has Wilson any available ground for his cross-appeal. As he was a party defendant presumed to be in court, he had constructive notice of the amended petition, and, moreover, had he answered the amendment, this court can neither know nor presume that he would have urged a sale of the entire property of all the joint owners.

Wherefore, the judgment is affirmed on both the original and the cross-appeal.